RECEIVED
IN LAKE CHARLES, LA
APR - 4 2007
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARY ELAINE DESORMEAUX | : | DOCKET NO. 05-0907 |
| VS. | : | JUDGE MINALDI |
| WAL-MART STORES INC., ET AL | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiff's motion to remand [doc. # 57] be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE