RECEIVED
IN LAKE CHARLES, LA
APR 23 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARY ELAINE DESORMEAUX** | : | **DOCKET NO. 2:05 CV 907** |
| VS. | : | **JUDGE MINALDI** |
| **WAL-MART STORES, INC., ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the plaintiff's request for additional time to conduct discovery IS DENIED.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [doc. 33] filed by Nancy Hawkins d/b/a Beau'Nett Construction IS GRANTED and the plaintiff's claims against this defendant ARE DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 23 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE