

RECEIVED
IN LAKE CHARLES, LA

JUN - 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARY ELAINE DESORMEAUX** | * | **CIVIL ACTION** |
| *Plaintiff* | * | |
| | * | **NO. 2:05CV0907** |
| **VERSUS** | * | |
| | * | **JUDGE MINALDI** |
| **WAL-MART LOUISIANA, L.L.C. and** | * | |
| **XYZ CONSTRUCTION COMPANY** | * | **MAGISTRATE JUDGE WILSON** |
| *Defendants* | * | |

*************************************************************************************************

## O R D E R

Considering the Motion and Memorandum in Support of Motion to Direct the Entry of a Final Judgment Under Federal Rule of Civil Procedure 54(b) filed by defendant Nancy Hawkins d/b/a Beau'Nett Construction, and any opposition thereto, the undersigned finds that there is no just reason for delaying the entry of a final judgment dismissing Nancy Hawkins d/b/a Beau'Nett Construction from this action with prejudice.  Accordingly, the April 23, 2007 judgment granting the Motion for Summary Judgment filed by Nancy Hawkins d/b/a Beau'Nett Construction and dismissing all of the claims in this action against that party, is hereby expressly declared a final and appealable judgment.

**IT IS ORDERED** that the April 23, 2007 judgment granting the Motion for Summary Judgment filed by Nancy Hawkins d/b/a Beau'Nett Construction and dismissing Nancy Hawkins d/b/a Beau'Nett Construction from this matter, is expressly directed by this Court

as a final and appealable judgment in accordance with Federal Rule of Civil Procedure 54(b) and 28 U.S.C. § 1291.

Lake Charles, Louisiana, this 8 day of June , 2007.

UNITED STATES DISTRICT JUDGE PATRICIA MINALDI